UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMEL DALLUGE,

    Plaintiff,

v.

ALVA MOSELEY, *et al.*,

    Defendants.

Case No. C09-5623BHS/JRC

REPORT AND RECOMMENDATION TO DENY *IN FORMA PAUPERIS* STATUS

**NOTED FOR**: December 18, 2009

This Civil Rights Action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

The Clerk's office sent plaintiff a letter informing him he had submitted the wrong authorization form and that the cost of a civil rights filing is Three Hundred and Fifty Dollars ($350) (Dkt. # 2). Plaintiff was given until November 6, 2009 to file the correct authorization form and the record does not reflect that he has complied. Accordingly, the court recommends that the motion to proceed *in forma pauperis* be DENIED. Plaintiff should be given thirty days

REPORT AND RECOMMENDATION- 1

to pay the full filing fee.  The order should direct that if the fee is not paid this action will be dismissed without further court action.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. See also Fed.R.Civ.P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **December 18, 2009**, as noted in the caption.

Dated this 16th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2