UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>                         Plaintiff,<br><br>     v.<br><br>ALVA MOSELEY, *et al*.,<br><br>                      Defendants. | Case No. 09-5623BHS/JRC<br><br>ORDER RENOTING PLAINTIFF'S MOTION FOR A RESTRAINING ORDER AND DIRECTING DEFENDANTS TO RESPOND |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

Plaintiff asks the court to enter an order preventing Defendant Moseley from "retaliating" against plaintiff for filing this action (Dkt. # 20). He claims he has been unfairly demoted to maximum custody. A prior motion for injunctive relief was removed from the court's calendar and plaintiff was instructed to re-note his motion after he had filed an amended complaint that addressed whether he had exhausted his administrative remedies (Dkt. # 17). Plaintiff has now

ORDER - 1

filed an amended complaint alleging that he has exhausted his administrative remedies. (Dkt. 23).

Therefore, on its own motion, the court re-notes plaintiff's latest motion regarding retaliation (Dkt. # 20) for **March 5, 2010**, in order to give defendants an opportunity to respond.

Pursuant to Local Rule 7 (b) (2), if the responding party fails to file papers in opposition to a motion that this may be deemed as an admission that the motion has merit.

The clerk is directed to send plaintiff a copy of this order, re-note Dkt. # 20 for **March 5, 2010**.

DATED this 17th day of February, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2