UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMEL DALLUGE,

                      Plaintiff,

    v.

ALVA MOSELEY, *et al*.,

                      Defendants.

Case No. 09-5623BHS/JRC

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE HIS MOTION FOR A TEMPORARY RESTRAINING ORDER

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff is asking the court to remove a motion he filed from consideration.

      On January 26, 2010, plaintiff filed a motion for a temporary restraining order (Dkt. # 20). The court was concerned defendants may not have realized the motion was pending because this motion was filed at a time when the court had ordered plaintiff to amend complaint and removed a different motion for an injunction until he had amended the complaint (Dkt. # 17). The court re-noted the January 26, 2010 motion (Dkt. # 24). Defendants responded on February

ORDER - 1

27, 2010 (Dkt. # 27). Plaintiff now moves to strike his January 26, 2010 motion for a temporary restraining order (Dkt. # 29). Plaintiff's motion is GRANTED. There are currently no pending motions in this action.

The clerk is directed to send plaintiff a copy of this order and remove Dkt. # 20 and 29 from the calendar.

DATED this 5th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2