UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMEL DALLUGE,<br><br>Plaintiff,<br><br>v.<br><br>ALVA MOSELEY, *et al*,<br><br>Defendants. | Case No. C09-5623BHS/JRC<br><br>ORDER TO PROVIDE ADDITIONAL BRIEFING |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. On March 18, 2010, the parties filed a notice of voluntary dismissal of this action. That notice was filed pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). (Dkt. # 34). Plaintiff has now filed a motion to compel (Dkt. # 35) and defendants have answered (Dkt. # 36).

Neither party adequately addresses the dismissal of this action by the parties. The parties should file additional briefing on or before **May 14, 2010,** informing the court what jurisdiction, if any, the court has to entertain any motion or pleading filed in this action in light of the entry of

ORDER - 1

a notice of voluntary dismissal. All pending motions are stayed until this jurisdictional question is answered.

The Clerk of court is directed to send plaintiff a copy of this order.

DATED this 18th day of April, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2